JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORTADORA FRUTICOLA DEL SUR, S.A., a Joint Stock Company,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>NZG SPECIALTIES, INC., a corporation, doing business as GOURMET TRADING COMPANY,<br><br>　　　　　　　Respondent. | No. 2:20-cv-09677-JAK (PDx)<br><br>**ORDER RE STIPULATION RE DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE (DKT. 30)** |

Based on a review of the parties' Stipulation Re Dismissal of Action in Its Entirety with Prejudice (the "Stipulation" (Dkt. 30)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney's fees. The parties shall comply with the terms of the Confidential Compromise Settlement Agreement and Mutual General Release (the "Settlement Agreement"). The Court shall retain jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 12, 2021

John A. Kronstadt
United States District Judge